IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MOHAMED MOUSTAFA MITWALLY,

     Appellant,

v.

     Case No.  5D22-141
     LT Case No. 05-2019-MM-031113-A-X

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed June 7, 2022

Appeal from the County Court
for Brevard County,
Judith E. Atkin, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

 PER CURIAM.

     AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.